ORIGINAL

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-~~1615~~ 276 ADM/SRN Case Title: Egan Business Interiors v. Teknion LLC

Affidavit of Movant

I, Mary Cullen Yeager, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Vincent V. Carissimi, an attorney admitted to practice in the United States District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff x defendant Teknion LLC in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Mary Cullen Yeager — Signature | 205311X — MN Attorney License # | 2/9/02 — Date

Affidavit of Proposed Admittee

I, Vincent V. Carissimi, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Vincent V. Carissimi — Type/Print Name | [signature] — Signature | 02-07-02 — Date

Attorney License Number: 42227

Law Firm Name & Address: Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103

Telephone: 215-981-4000

Motion Granted: Richard D. Sletten MMC

For the Court: Richard D. Sletten, Clerk

FEB 20 2002 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FEB 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK