**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Egan Business Interiors,
a Minnesota corporation,

Plaintiff,

v.

Teknion, LLC, a Delaware
limited liability company,

Defendant.

**MEMORANDUM OPINION AND ORDER**
Civil No. 02-276 ADM/SRN

---

Thomas M. Fafinski, Esq., Fafinski, Wallrich & Crema, P.L.L.C., Minneapolis, MN, on behalf of Plaintiff.

Vincent V. Carissimi, Esq., *pro hac vice*, Pepper Hamilton, L.L.P., Philadelphia, PA, and Mary Cullen Yeager, Esq., Faegre & Benson, L.L.P., Minneapolis, MN, on behalf of Defendant.

---

On February 21, 2002, the Motion for Injunctive Relief [Doc. No. 2] of Plaintiff Egan Business Interiors, Inc., was argued before the undersigned United States District Judge. For the reasons stated on the record, and based and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Injunctive Relief [Doc. No. 2] is **DENIED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: February 21, 2001

FILED 2-21-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK