**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Egan Business Interiors, Inc., a Minnesota corporation,

Plaintiff,

vs.

Teknion, LLC, a Delaware limited liability company,

Defendant.

**Civil No. 02-276 ADM/SRN**

**STIPULATION AND ORDER EXTENDING TIME WITHIN WHICH TO ANSWER OR MOVE TO DISMISS**

The parties, by and through their duly authorized counsel of record, STIPULATE AND AGREE as follows:

1. Because a Settlement Conference is currently scheduled for April 3, 2002 before Magistrate Judge Nelson, Defendant Teknion, LLC will have until April 19, 2002, to answer or move to dismiss Plaintiff's Complaint.

Dated: 3-12-02

FAFINSKI, WALLRICH & CREMA, PLLC

Thomas M. Fafinski, Esq.
337 Oak Grove Street
Suite 100, Dunne Mansion
Minneapolis, MN 55403
(612)874-0000

**ATTORNEYS FOR PLAINTIFF EGAN BUSINESS INTERIORS**

MAR 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 3/20/02

FAEGRE & BENSON LLP

Mary Cullen Yeager (#20531x)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000

-and-

Of Counsel:

**PEPPER HAMILTON LLP**

Vincent V. Carissimi (PA #42227)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000

**ATTORNEYS FOR DEFENDANT TEKNION, LLC**

**ORDER**

The foregoing stipulation is hereby approved upon good cause and **IT IS SO ORDERED.**

Dated: March 22, 2002

**BY THE COURT:**

Honorable Ann D. Montgomery
U.S. Magistrate Judge

M2:20446684.02