**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Egan Business Interiors, Inc., a Minnesota corporation,

Plaintiff,

vs.

Teknion, LLC, a Delaware limited liability company,

Defendant.

**Civil No. 02-276 ADM/SRN**

**STIPULATION AND DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed by the parties, by their respective undersigned attorneys, that the above-entitled action may be, and hereby is, dismissed with prejudice and on the merits, without costs to either party, and that a judgment of dismissal with prejudice and on the merits may be entered pursuant hereto without further notice.

Dated: May 13, 2002

FAFINSKI, WALLRICH & CREMA, PLLC

Tom Fafinski

Thomas M. Fafinski, Esq.
337 Oak Grove Street
Suite 100, Dunne Mansion
Minneapolis, MN 55403
(612)874-0000

**ATTORNEYS FOR PLAINTIFF EGAN BUSINESS INTERIORS**

MAY 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 23
DEPUTY CLERK

EXHIBIT A

Dated: 5/22/02

FAEGRE & BENSON LLP

Mary Cullen Yeager (#20531x)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
-and-

Of Counsel:

**PEPPER HAMILTON LLP**
Vincent V. Carissimi (PA #42227)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000

**ATTORNEYS FOR DEFENDANT TEKNION, LLC**

**ORDER**

UPON THIS FOREGOING STIPULATION,

IT IS HEREBY ORDERED that judgment of dismissal with prejudice and on the merits, without costs to either party, be entered in the above-entitled action forthwith.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 23, 2002

BY THE COURT:

Honorable Ann D. Montgomery

M2:20458088.01